UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRAD C. ZAMBRI,

                   Plaintiff,

       v.                                     3:07-CV-0639

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.

_____

APPEARANCES:                      OF COUNSEL:

BRAD C. ZAMBRI
Plaintiff *pro se*
P.O. Box 312
Grand Gorge, New York 12434

HON. GLENN T. SUDDABY       MARIA FRAGASSI SANTANGELO, ESQ.
United States Attorney for the      Special Assistant United States Attorney
 Northern District of New York
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198
Counsel for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

      The above matter comes to me following a Report-Recommendation by Magistrate

Judge George H. Lowe, duly filed on the 28th day of January 2008.  Following ten days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.  The motion to dismiss filed by the Commissioner of Social Security (Dkt. no. 12) is granted.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 20, 2008
       Syracuse, New York


_____
Norman A. Mordue
Chief United States District Court Judge